David J. GIANNICO, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35481.

Missouri Court of Appeals,
Western District.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 30, 1984.

Application to Transfer Denied
Dec. 18, 1984.

James W. Fletcher, Public Defender,
Sean D. O'Brien, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for
respondent.

Before CLARK, P.J., and PRITCHARD
and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from denial of a motion to vacate,
set aside or correct judgment and sentence
in the Circuit Court of Jackson County.
Rule 27.26.

Affirmed. Rule 84.16(b).